*E-Filed 12/29/11*

1  MARKOS SCHEER (WSBA #29233), *pro hac vice*
   YOUNG DENORMANDIE, P.C.
2  1191 Second Avenue, Suite 1901
   Seattle, Washington  98101
3  Phone:  (206) 224-9818
   Fax: (206) 623-6923
4  mscheer@ydnlaw.com
   *Attorneys for the Owner/Petitioner*

5

6

7

8                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
9                                  AT SAN FRANCISCO

10

11  *IN RE* LARRY FORTADO, SR., as Plaintiff-      IN ADMIRALTY AND AT LAW
    in-Limitation /owner seeking limitation of
    liability under 46 USC § 30501, *et. seq.*,    NO.  CV-11-3257-RS
12
              Owner/Petitioner,                    [~~PROPOSED~~] ORDER GRANTING
13                                                 MOTION TO CLERK FOR ENTRY OF
                                                   DEFAULT JUDGMENT AGAINST
14                                                 RODOLFO RODRIGUEZ, AN
                                                   INDIVIDUAL
15

16         THE COURT, after reviewing Owner/Petitioner Larry Fortado, Sr.'s ("Fortado") Motion

17  to Enter Default Judgment Against Rodolfo Rodriguez, an Individual, and the records and

18  pleadings filed herein, this Court finds that,

19         1.      The Order Directing Issuance of Notice and Publication Thereof, and Restraining

20  Order (dkt. 6) and Notice to Claimants of the Filing of Limitation Proceeding (dkt. 7) were

21  caused to be served on Rodolfo Rodriguez on August 25, 2011 via U.S. First Class Mail, postage

22  paid, and U.S. Certified Mail (dkt. 8);

23

24

-2-

2.       On November 8, 2011, the Second Notice to Claimants of the Filing of Limitation Proceeding (dkt. 21) was caused to be served on Rodolfo Rodriguez via U.S. Certified Mail (dkt. 22);

3.       As indicated in the Proof of Publication (dkt. 28), the Second Notice was published on November 1, November 8, November 15 and November 22, 2011;

4.       The Notice to Claimants of the Filing of Limitation Proceeding (dkt. 21) provided that "all persons asserting claims with respect to the losses, injuries, and/or damages are admonished to file their claims with the undersigned clerk of this Court on or before the 28th day of November, 2011 and to serve a copy thereof on Mary Forsgaard, C/O Young deNormandie, P.C. at 1191 2nd Ave., Suite 1901, Seattle, Washington, 98101, counsel for Plaintiff-in-Limitation on or before November 28, 2011.";

5.       The Motion for Clerk to Enter Default Against All Possible Claimants, Including Rodolfo Rodriguez, an Individual (dkt. 29) and [Proposed] Order Granting Motion for Clerk to Enter Default Against All Possible Claimants, Including Rodolfo Rodriguez, an Individual (dkt. 29-1) were caused to be served on Rodolfo Rodriguez on November 30, 2011 via U.S. First Class Mail, postage paid, and U.S. Certified Mail (dkt. 30);

6.       That Rodolfo Rodriguez received actual notice of the above captioned action;

7.       That Rodolfo Rodriguez has not appeared, filed any claim against the Vessel or Fortado, and has not filed an answer in this action;

8.       That the Clerk of this Court entered an order of Default against Rodolfo Rodriguez on December 2, 2011 (dkt. 31);

9. Rodolfo Rodriguez is not an infant, incompetent person, or a person in the military service or otherwise exempted from default under the Soldiers' and Sailors' Civil Relief Act of 1940; and

10. Owner/Petitioner Larry Fortado, Sr. is entitled to entry of Default Judgment.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. THAT Rodolfo Rodriguez is in default and this Court enters judgment in favor of Owner/Petitioner Larry Fortado, Sr.;

B. That Plaintiff-in-Limitation Larry Fortado, Sr., is not liable to any extent for any damages and/or expenses in any way arising out of, or as a result of the grounding of the F/V PHYLLIS J, ON 594641 which occurred on or about January 4, 2011;

C. That Plaintiff-in-Limitation Larry Fortado, Sr., is hereby discharged from any and all further liability arising from the January 4, 2011, grounding of the F/V PHYLLIS J, ON 594641, including, but not limited, any and all claims of Rodolfo Rodriguez; and

D. That all persons, firms, corporations or other legal entities that failed to file a claim in this proceeding within the time allowed by this Court be declared in default and forever barred from making any claims for such damages and/or expenses in this proceeding or any other proceeding.

Dated: December 29, 2011

_____
Clerk of the Court
UNITED STATES DISTRICT COURT
Northern District of California

Motion and Order Presented by:

YOUNG deNORMANDIE, P.C.

By: /S/ Markos Scheer
    Markos Scheer, WSBA #29233, *pro hac vice*
    mscheer@ydnlaw.com
Attorneys for Owner/Plaintiff-in-Limitation

M:\Data\A-M\Fortado, Larry\adv. Rodolfo Rodriguez\Pleadings\Proposed Order - Motion for Default Judgment.doc